ROBERT McM. BARROW, Appellant, v. CONSTANCE BARROW, Respondent.

*Barrow* v. *Barrow*, 168 App. Div. 924, affirmed.
(Submitted December 5, 1917; decided .December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 7, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The plaintiff sued for the cancellation of a deed to his property executed

by him on or about January 21, 1911, to his wife, and recorded in the register's office. in Kings county at or about that time. The complaint alleged that at the time of the execution of the deed the plaintiff and the defendant, his wife, were living happily together, and that the plaintiff reposed great confidence in her. Shortly before the execution of the deed the defendant called the plaintiff's attention to certain unjust claims and illegal demands upon which suit was being threatened, and that she persuaded and induced him to transfer the property to her until the danger of the threatened lawsuits was passed. At the time the transfer was made defendant assured the plaintiff that she would reconvey the title to him upon demand when the bringing of the threatened lawsuits was no longer probable. The complaint then alleged that these lawsuits were never brought. Plaintiff never received any money or other consideration for the deed. Plaintiff requested a retransfer of the property to him, and defendant refused it. Whereupon this action was brought for the cancellation of the record purporting to show a transfer to the defendant, and for judgment declaring the original transfer to defendant void.

*Clayton J. Heermance* for appellant.

*Charles J. McCafferty* and *John S. Bennett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.